IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-15-80-4 |
| | § | |
| DERWIN JEROME BLACKSHEAR, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Derwin Jerome Blackshear and find him guilty of conspiracy in violation of 18 U.S.C. § 1349; and assisting in the filing of a false tax return in violation of 16 U.S.C. § 7206(2). No objections have been filed to the Report and Recommendation of the Magistrate Judge.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, this court finds that the defendant, Derwin Jerome Blackshear, is fully competent and capable of entering an informed plea, and that he is aware of the nature of the charges made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary supported by an independent basis in fact containing each of the essential elements of the offenses with which he is charged.

Defendant, Derwin Jerome Blackshear, is **GUILTY** of the offense of bank fraud in violation of 18 U.S.C. § 1344.

SIGNED on March 1, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge