United States District Court
Southern District of Texas

**ENTERED**
April 30, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-15-80-4 |
| | § | |
| | § | |
| | § | |
| DERWIN JEROME BLACKSHEAR | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 289). The  motion for continuance is GRANTED.  The sentencing hearing

is reset to **September 22, 2020 at 9:30 a.m.** Objections to the presentence report are due by

September 8, 2020.

SIGNED on April 30, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge